BEACON LUNCH, INC., Respondent, *v.* ALEXANDER WEBER, Appellant.

Argued January 18, 1952; decided March 13, 1952.

894

*Morris A. Marks, George E. Netter, Helen M. Wolfsohn, M. Albert Bendes* and *A. Joseph Geist* for appellant.

*Harry Lesser* and *Samuel Lesser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.